■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS A. EGNASKO, Appellant. [731 NYS2d 384] —Judgment, Supreme Court, New York County (Herbert Adlerberg, J.), rendered May 5, 1997, convicting defendant, upon his plea of guilty, of scheme to defraud in the first degree, 13 counts of grand larceny in the second degree, 28 counts of grand larceny in the third degree, four counts of grand larceny in the fourth degree, and three counts of petit larceny, and sentencing him to an aggregate term of 4 to 12 years, unanimously affirmed.

Defendant received meaningful representation (*see, People v Benevento*, 91 NY2d 708, 713-714). The existing record demonstrates that defendant received an advantageous plea and nothing therein casts doubt on the effectiveness of counsel (*see, People v Ford*, 86 NY2d 397, 404).

We perceive no basis for reduction of sentence. Concur—Wallach, J. P., Rubin, Buckley, Friedman and Marlow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DUNCAN BOONE, Appellant. [731 NYS2d 385] —Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on or about January 6, 1999, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to Criminal Procedure Law § 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the judge or justice first applied to is final and no new application may thereafter be made to any other judge or justice. Concur—Wallach, J. P., Rubin, Buckley, Friedman and Marlow, JJ.